LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
AMNON Z. SIEGEL (State Bar No. 234981)
asiegel@millerbarondess.com
LAUREN R. WRIGHT (State Bar No. 280809)
lwright@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone:  (310) 552-4400
Facsimile:  (310) 552-8400

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

National Association of African-American Owned Media, a California limited liability company; and Entertainment Studios Networks, Inc., a California corporation,

　　　　　Plaintiffs,

　　　v.

AT&T, Inc. a Delaware corporation; AT&T Services, Inc., a Delaware corporation; AT&T Mobility LLC, a Delaware corporation; and DirecTV, a California limited liability company; and DOES 1 through 10, inclusive.

　　　　　Defendants.

**CASE NO. 2:14-CV-09256-PJW**

**FIRST AMENDED COMPLAINT FOR RACIAL DISCRIMINATION IN VIOLATION OF 42 U.S.C. § 1981; AND FOR DAMAGES AND INJUNCTIVE RELIEF**

**DEMAND FOR JURY TRIAL**

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

1     Plaintiffs National Association of African-American Owned Media

2 ("NAAAOM") and Entertainment Studios Networks, Inc. ("Entertainment Studios"

3 and collectively, "Plaintiffs") allege against Defendants AT&T, Inc., AT&T

4 Services, Inc., AT&T Mobility LLC (collectively, "AT&T" ), DirecTV, LLC

5 ("DirecTV"), and DOES 1 through 10, inclusive (collectively, "Defendants"), as

6 follows:

7                    **INTRODUCTION**

8 **A.    AT&T and DirecTV**

9     1.     This case is about racial discrimination in the contracting process by

10 Defendants AT&T and DirecTV—two of the largest television distribution

11 companies in the United States—against 100% African American–owned media.

12 These companies are preparing to merge into what will be the largest pay-television

13 distributor in the United States.

14     2.     African Americans comprise 13% of the U.S. population and represent

15 more than $1 trillion in consumer spending power.  AT&T, one of the largest

16 companies in the world, is about to quadruple the size of its pay television business

17 through its $67 billion (with assumption of debt) acquisition of DirecTV.  DirecTV

18 is the second-largest video programming service in the country.  Both profit greatly

19 by providing television service to African Americans.

20     3.     Despite the foregoing, 100% African American–owned media has been

21 shut out by AT&T and DirecTV.  Of the approximately $4 billion in fees that AT&T

22 pays annually to license video programming via channel carriage agreements,[1] zero

23 dollars are paid to 100% African American–owned media.  Further, of the additional

24

25 _____

26 [1] A carriage agreement is a contract between a multichannel video programming
distributor, such as AT&T or DirecTV, and a video programming vendor, such as
27 Entertainment Studios, granting the distributor the right to "carry" (that is,
distribute) the programmer's content.
28

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

1  approximately $4 billion AT&T spends each year on advertising, 100% African
2  American–owned media receives less than $1.5 million per year.

3      4.    DirecTV—with four times more pay-tv subscribers than AT&T—
4  spends approximately $12 billion annually for channel carriage, but like AT&T,
5  none of that $12 billion is paid for channel carriage from 100% African American–
6  owned media.  And again, of the additional approximately $2 billion DirecTV
7  spends annually on advertising, 100% African American-owned media receives less
8  than $1.5 million per year.

9      5.    Combined, AT&T and DirecTV spend approximately $22 billion
10  annually ($16 billion in channel carriage license fees and $6 billion in advertising),
11  yet 100% African American–owned media receive less than $3 million per year.

12      6.    AT&T's top ten investors are large institutional investment groups or
13  pension funds, including Vanguard Group, Inc.; State Street Corp; Evercore Trust
14  Company, N.A.; BlackRock Fund Advisors; Northern Trust Investments, N.A.;
15  Dimensional Fund Advisors, Inc.; Capital Research Global Investors; T. Rowe Price
16  Associates, Inc.; Geode Capital Management, LLC; and Franklin Advisers, Inc.
17  DirecTV's top ten investor make-up is likewise, with significant overlap:  Berkshire
18  Hathaway, Inc.; Vanguard Group, Inc.; State Street Corp; BlackRock Fund
19  Advisors; Capiral Research Global Investors; PRIMECAP Management Company;
20  Highfields Capital Management LP; Pentwater Capital Management LP; Paulson &
21  Company, Inc.; and Fidelity Management and Research Company.

22      7.    These investment groups are funded by a diverse community, including
23  many African American constituents, and generally purport to invest in companies
24  which are, among other things, socially responsible and non-discriminatory in their
25  business practices.  Yet these financial institutions support AT&T and DirecTV as
26  AT&T and DirecTV exclude 100% African American–owned media companies, in
27  violation of the Civil Rights Act of 1866, 42 U.S.C. § 1981.

28      8.    Nor do the Boards of Directors of AT&T and DirecTV do anything to

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

combat AT&T's and DirecTV's racial discrimination in contracting.  AT&T's Board of Directors is headed up by Chairman and CEO Randall L. Stephenson, and includes fourteen other members:  Jayce M. Roché, Reuben V. Anderson, Jaime Chico Pardo, Scott T. Ford, Glenn H. Hutchins, James P. Kelly, William E. Kennard, Jon C. Madonna, Michael B. McCallister, John B. McCoy, Beth E. Mooney, Matthew K. Rose, Cynthia B. Taylor, and Laura D'Andrea Tyson. DirecTV's Board of Directors is headed up by Chairman and CEO Michael D. White, and includes eleven other members: Peter A. Lund, Nancy S. Newcomb, Ralph F. Boyd, Samuel DiPiazza, Neil R. Austrian, David B. Dillon, Dixon R. Doll, Abelardo E. Bru, Charles R. Lee, Anthony J. Vinciquerra, and Lorrie M. Norrington.

9.     The members of AT&T's and DirecTV's Boards of Directors are aware, or should be aware, of AT&T's and DirecTV's refusal to contract for carriage and advertising with 100% African American–owned media, yet they have done nothing to change these companies' racist and discriminatory practices.  This type of corporate governance is unacceptable.

10.    For AT&T and DirecTV, it is a one-way street.  While these companies take billions from the African American community, they pay 100% African American–owned media less than $3 million out of $22 billion spent on carriage fees and advertising per year.

11.    Senior AT&T executives have acknowledged that AT&T and DirecTV have (in their words) "a Black problem," which makes them "vulnerable" with governmental regulators in Washington, D.C. who will eventually decide the fate of the AT&T acquisition of DirecTV.  But AT&T and DirecTV still refuse to pay for channels owned by, and refuse to advertise with, 100% African American–owned media.

12.    AT&T is proposing to acquire DirecTV to significantly expand its video programming distribution to American consumers.  This acquisition will

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

3

1  dramatically increase AT&T's market share in the pay-television sector, making it

2  the largest pay-television operator in the country.  The acquisition is part of a

3  growing national trend of media consolidation that will further concentrate racial

4  discrimination in contracting against 100% African American-owned media and

5  eliminate diverse voices, contrary to the public interest.

6        13.    White-owned media has deceptively worked hand-in-hand with

7  governmental regulators to perpetrate the exclusion of 100% African American–

8  owned media from being paid for channel carriage.  This has been done through,

9  among other things, the use of "tokens" and "window dressing"—African American

10  celebrities posing as "fronts" or "owners" of channels, which are truly

11  owned/controlled by white-owned media, and by way of ineffectual, sham "diversity

12  agreements" with non-media civil rights groups and individuals.

13        14.    Moreover, AT&T has made cash donations to non-media civil rights

14  groups to "buy" their support, effectively "buying" their approval of AT&T's

15  acquisition of DirecTV.  This is yet another tactic to divert attention away from

16  AT&T/DirecTV's self-admitted "Black problem" and their continuing violation of

17  the Civil Rights Act of 1866, 42 U.S.C. § 1981.

18  **B.**    **<u>NAAAOM / Entertainment Studios</u>**

19        15.    Historically, because of the lack of distribution/advertising support and

20  economic exclusion, 100% African American–owned media has been forced either

21  to (i) give away significant equity in their enterprises; (ii) pay exorbitant sums for

22  channel carriage, effectively bankrupting them; or (iii) go out of business, all

23  pushing 100% African American–owned media to the edge of extinction.

24        16.    NAAAOM was created and is working to obtain for 100% African

25  American–owned media the same contracting opportunities as their white

26  counterparts for distribution, channel carriage, channel positioning and advertising

27  dollars.  Its mission is to secure the economic inclusion of truly 100% African

28  American–owned media in contracting, the same as white-owned media.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

17.     Entertainment Studios is a member of NAAAOM.  It is a 100% African American–owned media company involved in the production and distribution of television programming through broadcast television, its seven cable television networks, and its subscription-based internet service.  It is the only 100% African American–owned video programming producer and multi-channel operator/owner in the United States.

18.     Entertainment Studios was founded in 1993 by Byron Allen, an African American actor / comedian / media entrepreneur.  Allen first made his mark in the television world in 1979, when he was the youngest comedian ever to appear on "The Tonight Show Starring Johnny Carson."  He thereafter served as the co-host of NBC's "Real People," one of the first reality shows on television.  Alongside his career "on-screen," Allen developed a keen understanding of the "behind the scenes" television business, and over the past 22+ years he has built Entertainment Studios into a successful, independent media company.

19.     Entertainment Studios has carriage agreements for its television channels with more than 40 television distributors nationwide, including major distributors such as Verizon, Century Link and RCN.  These television distributors make Entertainment Studios' channels available to their combined 7.5 million subscribers.

20.     Entertainment Studios owns seven original content, high definition television networks (channels), six of which were launched to the public in 2009 and one in 2012.  Entertainment Studios produces, owns, and distributes over 32 television series on broadcast television, with thousands of hours of video programming in its library.  Entertainment Studios' shows have been nominated for, and won, the Emmy award.  A copy of an Entertainment Studios promotional presentation highlighting key aspects of the company and the programming it produces is attached hereto as **Exhibit A**.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400     FAX: (310) 552-8400

1    21.    Most recently, in December 2012, Entertainment Studios launched

2    "Justice Central," a 24-hour, high definition legal and news network featuring

3    several Emmy-nominated and Emmy-award winning legal/court shows.  After just

4    two years, Justice Central has already proved itself a successful, high-demand

5    network.  Justice Central has boasted tremendous ratings growth across key

6    television viewing periods.  Justice Central's double- to triple-digit ratings growth

7    outperformed the vast majority of white-owned networks that AT&T and DirecTV

8    pay substantial license fees to carry.

9    **C.    Racial Discrimination—Channel Carriage**

10   22.    In their contracting policies and practices, AT&T and DirecTV have

11   discriminated, and are discriminating, against Entertainment Studios on account of

12   race, in violation of the Civil Rights Act of 1866, 42 U.S.C. § 1981.

13   23.    AT&T claims to do business with 100% African American–owned

14   media because it carries a single one of Entertainment Studios' channels, Justice

15   Central.  But in fact, this single carriage contract is further evidence of AT&T's

16   racial discrimination in contracting:  Although AT&T granted Entertainment

17   Studios a carriage agreement for Justice Central, the agreement provides that, for at

18   least 10 years, AT&T will pay *no license fees* to Entertainment Studios.  This is in

19   stark contrast to the many white-owned channels which AT&T launched during the

20   same period, which receive substantial license fees from AT&T.  In addition to

21   stiffing Entertainment Studios on the license fee, AT&T told Entertainment Studios

22   it must pay AT&T a minimum of $1 million for the cost of bandwidth.

23   24.    Justice Central has proved to be one of the most successful, newly

24   launched channels distributed on AT&T's platform in terms of ratings growth.

25   Indeed, between the first quarter of 2013 and the fourth quarter of 2014, Justice

26   Central boasted double- to triple-digit ratings growth, as follows:

27

28

Miller Barondess, llp
Attorneys at Law
1999 Avenue of The Stars, Suite 1000  Los Angeles, California 90067
Tel: (310) 552-4400   Fax: (310) 552-8400

6

Justice Central – AT&T U-Verse Ratings Growth

| Daypart: | Air Time: | % Growth 1st Qtr. 2013 to 4th Qtr. 2014: |
|---|---|---|
| Early Fringe | 4-7pm | +38% |
| Prime Access | 7-8pm | +21% |
| Prime | 8-11pm | +53% |
| Late Fringe | 11pm-2am | +552% |
| Overnight | 2-6am | +295% |

25.     Despite the tremendous performance of Justice Central—and despite the national distribution of Entertainment Studios' channels on other major television platforms, such as Verizon's—AT&T refuses to negotiate a carriage agreement that includes payment of license fees for any of Entertainment Studios' other channels (or to pay a license fee for Justice Central itself).

26.     In light of the proven success of Justice Central on AT&T and that of Entertainment Studios' other channels on competing television platforms, AT&T has no legitimate, non-pretextual reason for ignoring Entertainment Studios' other channels.  Yet AT&T refuses even to meet with Entertainment Studios to discuss a carriage agreement for these channels.

27.     For over six years, Entertainment Studios has attempted to contract with AT&T for carriage of one or more of its other six channels for which license fees would be paid, to no avail.  In fact, for almost two years, the top programming official at AT&T, Aaron Slator, has refused even to meet with this 100% African American–owned media company to discuss such channel carriage, even though AT&T was admittedly seeing success with Justice Central, for which it pays $0 in licensing fees.

28.     Meanwhile, AT&T entered into a channel carriage agreement with white-owned/controlled RFD-TV, which provides programming focused on rural and western lifestyle issues.  Not only is such programming not well tailored to AT&T's largest audiences—urban viewers—but RFD-TV's programming has

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

1   historically had far inferior viewership as compared to Entertainment Studios'

2   channels' programming, including during key prime time viewing periods.

3        29.     AT&T's executives stated numerous times over the years that they do

4   not have any budget allocation for new programming costs nor any bandwidth to

5   launch any or all of the other six Entertainment Studios channels that would require

6   channel carriage fees.  But in 2014 alone, AT&T launched—and pays channel

7   carriage fees for—many other networks, including SEC (Southeast Conference

8   Network from ESPN), Root Sports Southwest (owned by DirecTV and licensed

9   after AT&T and DirecTV announced their pending merger), One America's News

10  Network, and four channels of EPIX (Epix 1, Epix 3, and Epix Drive-In, all owned

11  by Viacom).  AT&T's launch of several new networks during the same time period

12  in which they told Entertainment Studios that they lacked bandwidth to launch any

13  new networks demonstrates that their excuses for refusing to contract with

14  Entertainment Studios are pretextual.

15       30.     Moreover, AT&T does not pay Entertainment Studios a single cent to

16  license Justice Central out of its $4 billion annual channel carriage budget.  Instead,

17  AT&T actually requires Entertainment Studios to pay AT&T hundreds of thousands

18  of dollars annually.  Just as Section 1981 prohibits AT&T's racist refusal to contract

19  with 100% African American–owned media for channel carriage, so too does it

20  prohibit AT&T's discrimination in the terms and conditions of contracting.

21       31.     Entertainment Studios has also attempted to contract with DirecTV

22  without success.  For over six years, Entertainment Studios has asked DirecTV to

23  consider a carriage agreement for its channels—or even for a single channel—but

24  DirecTV has steadfastly refused to allow this 100% African American–owned

25  media company to participate in the $12 billion DirecTV pays annually to license

26  white owned channels.  Instead, DirecTV has demanded that Entertainment Studios

27  pay the exorbitant amount of $20 million annually per channel launched, which it

28  knows Entertainment Studios does not have and cannot afford to pay.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

8

32.     AT&T and DirecTV refuse to pay Entertainment Studios a single cent in channel carriage license fees, though they spend approximately $16 billion annually to license channels owned by white-owned media companies.

33.     A review of AT&T's and DirecTV's contracts and related correspondence and documentation with video programming vendors through discovery in this action will confirm a blatant and consistent pattern of racial discrimination in contracting:  AT&T and DirecTV, collectively, pay white-owned media companies approximately $16 billion in annual channel carriage license fees; they pay zero dollars to 100% African American–owned media companies.

34.     None of AT&T's and DirecTV's various excuses for their refusal to contract with Entertainment Studios are legitimate.  AT&T/DirecTV have claimed that they cannot accommodate Entertainment Studios' channels due to limited bandwidth and the cost of launching new channels, but these excuses are belied by carriage agreements AT&T/DirecTV have entered into with similarly situated white-owned channels.

35.     AT&T executives have admitted that AT&T and DirecTV have excluded this African American–owned channel provider.  Speaking on behalf of both AT&T and DirecTV, AT&T stated that it will not consider paying for Entertainment Studios' television channels for any AT&T/DirecTV video platforms unless the government forces AT&T/DirecTV to do business with 100% African American–owned media in connection with AT&T's acquisition of DirecTV.

36.     Thus, AT&T/DirecTV's personnel have brazenly acknowledged that they will continue to refuse to pay for Entertainment Studios' channels unless governmental regulators require it.  This is an admission of racial discrimination in contracting and represents a deep form of institutionalized racism in violation of § 1981.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

9

**D.**     <u>**Racial Discrimination—Advertising**</u>

37.     Other than paltry "token" payments, AT&T and DirecTV have also refused to contract with Entertainment Studios for advertising.

38.     AT&T spends approximately $4 billion a year on advertising.  DirecTV spends about $2 billion a year on advertising.  DirecTV does not spend a single dollar advertising with Entertainment Studios, while AT&T spends a trivial amount of money—approximately $200,000 out of $4 billion per year—advertising with Entertainment Studios, just so it can claim that it does business with African American–owned media.  This is pure tokenism.  Indeed, the paltry amount AT&T spends on advertising with Entertainment Studios does not even cover the $400,000 AT&T requires Entertainment Studios to pay AT&T for advertising.

39.     AT&T forced Entertainment Studios to overcome significant hurdles just to secure the paltry advertising dollars AT&T spends with Entertainment Studios.  Entertainment Studios met with AT&T Inc.'s former Vice President of Media Services, Chris Schembri, in Entertainment Studios' Los Angeles office.  The parties discussed Entertainment Studios request to contract with AT&T for advertising.  Schembri stated that AT&T would not advertise with Entertainment Studios unless its content appeared on primetime television—a feat that Schembri did not believe Entertainment Studios could accomplish.  AT&T intentionally set a hurdle for contracting that it did not believe Entertainment Studios would be able to achieve.

40.     Entertainment Studios overcame this obstacle.  Byron Allen convinced stations affiliated with or owned by major entertainment companies, including, among others, CBS Television Stations, Tribune Broadcasting and station affiliates of The CW network, to replace part of their weekend primetime lineup and broadcast Entertainment Studios' original sitcoms instead.  By May 2012, Entertainment Studios' sitcoms had been licensed to stations covering approximately 85% of all U.S. markets.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400     FAX: (310) 552-8400

41.     Despite this achievement, when Entertainment Studios approached AT&T for the promised advertising dollars, AT&T would agree only to "token" amounts—$100,000 annually for each sitcom that cost tens of millions of dollars to produce.  AT&T kept "moving the cheese" and refused to contract in good faith with 100% African-American owned media for advertising.

42.     Entertainment Studios has continued to attempt to contract with AT&T Inc. for AT&T's vast advertising dollars, but AT&T has put up more roadblocks and made more excuses.

43.     AT&T Inc. has told Entertainment Studios to work through AT&T's advertising agency in order to obtain more advertising support.  An executive at AT&T's advertising agency believes that AT&T should spend more on advertising with Entertainment Studios.  He has told Entertainment Studios that he has attempted to get AT&T to spend more on advertising with Entertainment Studios and 100% African American–owned media, to no avail.

44.     After exhausting his attempts to obtain more advertising support from AT&T for Entertainment Studios, the advertising agency executive organized a conference call with Entertainment Studios and AT&T, Inc.'s senior advertising executive, Mark Wright, Vice President of Media Services and Sponsorships. During the call, Entertainment Studios addressed the issue of AT&T not doing business with 100% African American-owned media.  Mr. Wright rejected Entertainment Studios' request for more advertising from AT&T, in general, and, in particular, in support of Entertainment Studios' annual Martin Luther King, Jr. Black History Month broadcast television special celebrating African American excellence.  AT&T does not observe or recognize the annual Martin Luther King, Jr. national holiday, forcing its employees to use their vacation/personal days in order to observe the national holiday.  Following the call, AT&T refused to change its position, continuing AT&T's practice of racial discrimination in contracting for advertising dollars.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

45.     In December 2014, Entertainment Studios again attempted to contract with AT&T for advertising, this time in connection with its upcoming Black History Month television special celebrating Martin Luther King, Jr.  The television special features more than a dozen African-American icons, including President Obama, U.S. Attorney General Eric Holder, Oprah Winfrey, Spike Lee, and Denzel Washington, among others.  Again, AT&T turned Entertainment Studios away.  AT&T refused to spend a single cent advertising with Entertainment Studios, even in connection with celebrating African American excellence.

46.     A review of AT&T's and DirecTV's advertising contracts, related correspondence and documentation through discovery in this action will confirm Defendants' pattern of racial discrimination in contracting for advertising expenditures:  Of the total approximate $6 billion spent on advertising, AT&T/DirecTV spend only about $200,000 a year or .00003—three ten thousandths of one percent—of their total advertising budget advertising on Entertainment Studios' television channels and shows.

**E.     This Lawsuit**

47.     This lawsuit is brought pursuant to 42 U.S.C. § 1981 of the Civil Rights Act of 1866, which provides that all persons in the United States shall have the same right to make and enforce contracts as is enjoyed by white persons.  Section 1981 prohibits racial discrimination in contracting and applies to both non-governmental and governmental discrimination.

48.     Racial discrimination in contracting is an ongoing practice in the media industry.  Racial discrimination in the media has far-reaching adverse consequences.  It effectively excludes 100% African American–owned media companies, African American individuals, and their diverse viewpoints from the public airwaves, in derogation of the public interest.  NAAAOM seeks to eliminate this discrimination, and to obtain equality in contracting for 100% African American–owned media.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

49.     As alleged herein, Entertainment Studios—a member of NAAAOM—
is being discriminated against on account of race in violation of 42 U.S.C. § 1981.
Entertainment Studios thus has standing to seek redress for such violations in its
own right.  The interests at stake in this litigation—namely, the right of 100%
African American–owned media to make and enforce contracts in the same manner
as their white-owned counterparts—are germane to NAAAOM's purpose.  Because
NAAAOM seeks only injunctive relief, the individual participation of its members
is not required.

50.     Defendants' ongoing refusal to contract with Entertainment Studios
constitutes unlawful racial discrimination in violation of § 1981, for which
Entertainment Studios seeks to recover monetary damages resulting from
Defendants' racial discrimination.  Plaintiffs NAAAOM and Entertainment Studios
also seek injunctive relief prohibiting Defendants from discriminating against 100%
African American-owned media companies on the basis of race in contracting for
channel carriage and advertising.

## PARTIES, JURISDICTION AND VENUE

51.     Plaintiff NAAAOM is a California limited liability company, with its
principal place of business in Los Angeles, California.

52.     Plaintiff Entertainment Studios Networks, Inc. is a California
corporation, with its principal place of business in Los Angeles, California.

53.     AT&T, Inc., AT&T Services, Inc. and AT&T Mobility LLC are all
Delaware corporations, with their principal places of business in Texas.  AT&T also
has an office and operates in Los Angeles, California.   AT&T, Inc. is the parent
company of, among others, the other AT&T Defendants—AT&T Services, Inc. and
AT&T Mobility LLC—which report directly to AT&T, Inc.  AT&T, Inc. is headed
up by a fourteen-person Board of Directors, including the CEO and President of
AT&T, Inc., Randall Stephenson.  The Board of Directors is responsible for
establishing corporate policies and practices and reviewing AT&T's strategic

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

13

1   business plans on all of AT&T's platforms.  The President of AT&T Services

2   reports to executives at AT&T, Inc., including Mr. Stephenson.  Moreover, AT&T's

3   decisions regarding how to spend advertising dollars are made by executives at

4   AT&T Inc., who have met in person and had telephone calls with Entertainment

5   Studios in Los Angeles.  The racist policies and practices with regard to AT&T's

6   refusal to contract for carriage and advertising with African American-owned media

7   companies, as alleged herein, are dictated at the corporate level at the direction of

8   the parent company, AT&T, Inc., and are implemented through the subsidiaries,

9   AT&T Services, Inc. and AT&T Mobility LLC.

10          54.    DirecTV, LLC is a California limited liability company, with its

11  principal place of business in El Segundo, California.

12          55.    Plaintiff is informed and believes, and on that basis alleges, that

13  Defendants DOES 1 through 10, inclusive, are individually and/or jointly liable to

14  Plaintiff for the wrongs alleged herein.  The true names and capacities, whether

15  individual, corporate, associate or otherwise, of Defendants DOES 1 through 10,

16  inclusive, are unknown to Plaintiff at this time.  Accordingly, Plaintiffs sues

17  Defendants DOES 1 through 10, inclusive, by fictitious names and will amend this

18  Complaint to allege their true names and capacities after they are ascertained.

19          56.    This case is brought under a federal statute, § 1981 of the Civil Rights

20  Act.  As such, there is federal question jurisdiction under 28 U.S.C. § 1331.

21          57.    Venue of this action is proper in Los Angeles because Defendants

22  reside in this district, as defined in 28 U.S.C. § 1391, and the acts in dispute were

23  committed in this district.

24                              **FACTS**

25  **A.    AT&T's Acquisition of DirecTV**

26          58.    AT&T is a multinational telecommunications and media company.  It is

27  the second largest provider of mobile telephone and the largest provider of fixed

28  wireline telephone in the United States.  It also provides broadband internet and

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

14

subscription television services.  AT&T is the 16th-largest non-oil company in the world.

59.     In May 2014, AT&T and DirecTV announced plans for AT&T to acquire DirecTV for $67 billion (inclusive of assumption of debt).  The deal was approved by the boards of both companies, but faces regulatory approval by the Federal Communications Commission ("FCC") and the U.S. Department of Justice.

60.     DirecTV is currently the second largest pay TV operator in the United States, serving approximately 20 million television customers.  AT&T's television platform serves approximately 5.7 million subscribers.  If the acquisition is approved by governmental regulators, it would create the largest pay television company in the United States, with nearly 26 million subscribers.

61.     Post-acquisition, AT&T will control a huge percentage of the market for television channel carriage.  This acquisition, like the proposed Comcast acquisition of Time Warner Cable, will result in more consolidation (and thus fewer options) in the industry, especially for 100% African American–owned media companies.

62.     Network and video programming owners and distributors like Entertainment Studios, are reliant upon television distributors, like AT&T and DirecTV, not only to realize subscriber and advertising revenue, but also to reach television consumers.  If AT&T gets bigger but continues to refuse to contract with 100% African American-owned media, it can and will prevent the channels owned by Entertainment Studios from reaching its millions of subscribers, thus continuing the exclusion of 100% African American–owned media companies and their viewpoints, contrary to the public interest.

63.     Presently, AT&T spends approximately $4 billion in channel carriage license fees each year, none of which goes to 100% African American–owned media.  DirecTV spends approximately $12 billion in channel carriage license fees each year, none of which goes to 100% African American–owned media.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

64.     If AT&T's bid for DirecTV is approved, of the total $16 billion spent for channel carriage by the combination of AT&T and DirecTV, none of it will be paid to 100% African American–owned media.  Meanwhile, the combined AT&T/DirecTV will collect billions of dollars from its television subscribers annually, a substantial portion coming from African American consumers.

65.     Similarly, of the approximately $6 billion a year spent on television advertising by AT&T and DirecTV, almost none is paid to 100% African American–owned media.  But, of course, AT&T and DirecTV collect very substantial revenues from African American consumers.

66.     There is a statistic that highlights the inequity here:  The Chairman, CEO and President of AT&T, Randall Stephenson, was personally paid seven times more in compensation in 2013 alone—$23 million—than all of AT&T paid to 100% African American-owned–media for programming, channel carriage and advertising combined during the same year.  This statistic continues for DirecTV, whose Chairman, CEO and President, Michael White, was personally paid approximately $13 million in 2013—again, more than DirecTV paid to 100% African American-owned media for programming, channel carriage and advertising combined during the same year.

67.     The combined economic impact of Defendants' racial discrimination in contracting is significant and will serve to perpetuate the economic exclusion of 100% African American–owned media from American television.  By virtue of this exclusion, 100% African American–owned media is nearly extinct; and this illegal practice is self-perpetuating.  In totality, through discovery and review of AT&T and DirecTV channel carriage agreements and advertising contracts, including their related correspondence and documentation, the numbers speak for themselves and are irrefutable.

68.     Of the approximately $22 billion AT&T and DirecTV spend annually ($16 billion in channel carriage license fees and $6 billion in advertising), only a

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400     FAX: (310) 552-8400

16

token amount—less than $3 million (or less than 1/100th of 1 percent)—is spent annually with 100% African American–owned media.  This is an economic atrocity, illustrating the scope and magnitude of the racial discrimination in contracting by AT&T and DirecTV.

69.     Entertainment Studios is being discriminated against on account of race in connection with contracting, in violation of § 1981.  Without access to viewers and without licensing fees and advertising revenues from two of the largest video programming distributors in the country, this 100% African American–owned media business is being shut out and is being severely damaged.

**B.      <u>Racial Discrimination In Contracting</u>**

70.     The United States Supreme Court has held that with respect to the public airwaves, the First Amendment requires wide dissemination of information from diverse viewpoints and sources.  Indeed, one of the primary concerns with the increased consolidation of television distributors is the corresponding consolidation of sources of information.

71.     The rationale behind this First Amendment law is important: Television is among the most prevalent ways that Americans obtain information today.  Without inclusion of 100% African American–owned media, this First Amendment requirement cannot be achieved.

72.     Major distributors, like AT&T and DirecTV, have unique power to limit, through racial discrimination in contracting, the viewpoints available in the marketplace.  Such power will be dramatically increased following AT&T's acquisition of DirecTV.

73.     In many cities where Defendants have a share of the television distribution market, African Americans comprise not only a large part of the population but also account for significantly higher television viewership than other demographic groups.  However, the availability of channels owned by 100%

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

FIRST AMENDED COMPLAINT

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

1   African American–owned media on Defendants' systems does not remotely reflect

2   their subscriber base or viewership makeup.

3        74.    None of the networks distributed and receiving licensing fees on

4   AT&T's and DirecTV's television platforms is 100% African American owned.

5   Although Defendants' African American subscribers pay very substantial subscriber

6   fees, and constitute a significant advertising target for Defendants, Defendants pay

7   nothing to 100% African American–owned media for channel carriage and nearly

8   nothing for advertising (less than $3 million per year).

9        75.    Defendants discriminate against 100% African American–owned media

10  in favor of white-owned media.  In fact, AT&T and DirecTV block entry into their

11  television platforms for 100% African American–owned media by making up phony

12  excuses about limited bandwidth and cost.

13       76.    Entertainment Studios has been knocking on AT&T's and DirecTV's

14  doors since 2007 seeking a carriage agreement for its suite of channels.  Defendants

15  have steadfastly refused to contract for this carriage.

16       77.    DirecTV refuses to carry any of Entertainment Studios' channels.  In

17  fact, in response to Entertainment Studios' attempts to contract for carriage with

18  DirecTV, DirecTV has refused and has come up with phony excuses, claiming that

19  due to "capacity commitments," DirecTV cannot consider launching even a single

20  one of Entertainment Studios' channels unless Entertainment Studios pays DirecTV

21  $20 million per year per channel.  In other words, DirecTV refuses even to negotiate

22  with Entertainment Studios, instead reserving its channel capacity for white-owned

23  channels for which carriage fees are paid out of DirecTV's annual $12 billion

24  channel carriage budget.

25       78.    Entertainment Studios has shared the Justice Central ratings growth

26  story with DirecTV executives.  And the head of Entertainment Studios' cable

27  distribution division has followed up with DirecTV on numerous occasions to

28  secure meetings and to share empirical data and programming updates with

18

1   DirecTV.  In many instances, DirecTV simply ignored Entertainment Studios'

2   requests to meet.  Other times, DirecTV would respond that they had "no needs at

3   this time" or that they wanted to "hold off for a while."

4          79.    Notwithstanding its alleged "capacity commitments," DirecTV has

5   indicated that it "may" be willing to contract with Entertainment Studios if

6   Entertainment Studios agreed to pay DirecTV a substantial sum of money in

7   exchange for channel carriage.  Specifically, DirecTV demanded that Entertainment

8   Studios pay it approximately $20 million annually for DirecTV to launch just one of

9   Entertainment Studios' seven channels.

10          80.    DirecTV knows Entertainment Studios cannot afford to pay this

11   amount.  By comparison, DirecTV pays white-owned media networks

12   approximately $12 billion annually to broadcast their channels to DirecTV's 20+

13   million subscribers.  While DirecTV has been telling Entertainment Studios that

14   DirecTV lacks capacity to carry its networks, DirecTV has picked up and provided

15   channel carriage to white-owned channels, such as SEC, Cine Sony Television,

16   Back Nine, NewsMax, Hola, El Rey, Longhorn, and Filipino Channel.  This proves

17   that DirecTV's claims regarding lack of capacity to launch new channels are simply

18   a pretext for racial discrimination in contracting.

19          81.    DirecTV even refused to carry Justice Central, the first and only 100%

20   African American–owned 24-hour court and information channel that Entertainment

21   Studios offered to DirecTV for free (*i.e.*, without charging channel carriage license

22   fees).  The only way DirecTV was willing to carry the channel was for the annual

23   payment of $20 million.  This channel has an established track record of ratings

24   growth in key time periods and would benefit DirecTV's viewers by providing a

25   100% African American–owned channel and its unique voices and viewpoints—a

26   core First Amendment obligation that is in the public interest.

27          82.    Likewise, AT&T discriminates in the terms and conditions of its

28   contracts with 100% African American-owned media as compared to white-owned

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

19

1  media, including the refusal to pay channel carriage license fees to 100% African

2  American-owned media.  With regard to the single carriage contract AT&T has with

3  Entertainment Studios to distribute Justice Central, AT&T does not pay

4  Entertainment Studios any licensing fee, unlike similarly situated, white-owned

5  channels.  To the contrary, AT&T requires Entertainment Studios to pay AT&T

6  upwards of $400,000 per year to promote this single channel.

7       83.   Since AT&T began distributing Justice Central, the channel's ratings

8  have skyrocketed, outperforming numerous white-owned networks AT&T pays

9  licensing fees to broadcast on its platforms.  Despite this, AT&T refuses to pick up

10  any of Entertainment Studios' other channels.

11       84.   As alleged above, Defendants also discriminate when it comes to

12  contracting for advertising.  Together, AT&T and DirecTV spend upwards of $6

13  billion per year on advertising.  Other than "token" amounts, however, Defendants

14  refuse to spend money contracting with 100% African American-owned media for

15  advertising.

16       85.   By this lawsuit, Entertainment Studios seeks damages as a result of

17  unlawful racial discrimination in contracting, which has severely damaged

18  Entertainment Studios' business.  Plaintiffs NAAAOM and Entertainment Studios

19  also seek injunctive relief to prohibit Defendants from engaging in such

20  discriminatory conduct in the future.

21  **C.    AT&T's Racial Animus**

22       86.   Entertainment Studios' primary point of contact at AT&T has been

23  through a senior AT&T executive (the "AT&T Executive").  The AT&T

24  Executive's boss and the individual in charge of channel carriage agreements for

25  AT&T is Aaron Slator, President of Content and Advertising Sales.  Mr. Slator is

26  responsible for content strategy and acquisition as well as advertising sales for all

27  AT&T platforms: TV; broadband; and wireless.  Mr. Slator reports to top executives

28  at AT&T, Inc., including to AT&T Inc.'s Chairman, President, and CEO, Randall

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

20

1  Stephenson.  The racist policies and practices exhibited by Mr. Slator are company-

2  wide and put in place at the direction of the parent company, AT&T, Inc.

3       87.    For almost two years, Entertainment Studios has unsuccessfully tried to

4  schedule a meeting with Mr. Slator, whose office is directly across the street from

5  Entertainment Studios.  But Entertainment Studios has been given various excuses

6  as to why Mr. Slator will not meet—he is too busy, does not have an assistant, etc.

7  These excuses are a pretext to avoid contracting with Entertainment Studios.

8       88.    The AT&T Executive has stated to Entertainment Studios that even if a

9  meeting were to be scheduled, Entertainment Studios' President and CEO, Byron

10 Allen, an African American, should not bring up "that Black stuff" to Mr. Slator

11 because he will "go ballistic" and terminate the meeting.

12      89.    Immediately after AT&T announced its bid to acquire DirecTV, the

13 AT&T Executive stated on a telephone call with Entertainment Studios that AT&T

14 and DirecTV know they have "a Black problem" because they are not doing

15 business with 100% African American–owned media.  AT&T/DirecTV believe their

16 "Black problem" could become an obstacle to obtaining government approval of the

17 AT&T/DirecTV acquisition.

18      90.    The AT&T Executive stated that, just after the DirecTV acquisition

19 was announced, AT&T held a call with its "lobbyists" in Washington, D.C.  The

20 AT&T Executive said that AT&T and DirecTV were "vulnerable" in Washington,

21 D.C. because they were not doing business with 100% African American–owned

22 media, and this could present a problem for approval of the acquisition.

23      91.    In an effort to deal with its "Black problem," AT&T conducted

24 research to determine which channels are truly African American owned, as

25 opposed to channels whose programming targets African American viewers but are

26 not actually owned by African Americans (e.g., BET which is owned by Viacom).

27      92.    The AT&T Executive acknowledged that the "African American

28 networks" Comcast launched following its acquisition of NBC Universal are not

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

21

"real" African American–owned networks, but rather networks that use token African American celebrities as "fronts" for white-owned/controlled media interests.

93.    The AT&T Executive further told Entertainment Studios that certain people thought AT&T and DirecTV should get ahead of the curve with regard to their "Black problem" by contracting with 100% African American–owned channels, while others thought AT&T and DirecTV should "wait and see" what the FCC and/or DOJ required in connection with the approval of the AT&T/DirecTV transaction.

94.    The AT&T Executive stated that if forced by the DOJ and/or FCC, AT&T may do business with Entertainment Studios because, unlike the channels launched by Comcast to obtain approval of the NBC-Universal acquisition, Entertainment Studios is truly 100% African American–owned; "and it is the cheapest option."

95.    Ultimately, AT&T stated that it would consider entering into a carriage agreement with Entertainment Studios only if AT&T's and DirecTV's lack of 100% African American–owned channels interferes with approval of the acquisition. Otherwise, AT&T would continue to refuse to contract with Entertainment Studios for its suite of channels, and would shut out Entertainment Studios from its billions in channel carriage license fees and advertising expenditures.

96.    AT&T and DirecTV know (in their own words) that they have a "Black problem."  They know they are violating the law.  But AT&T and DirecTV are not genuinely interested in doing business with 100% African American–owned media and have stated that they will not do so unless legally required to satisfy governmental regulators.

97.    Very indicative of AT&T's disrespect for African Americans, AT&T declined to recognize the Martin Luther King, Jr. national holiday, forcing its employees either to work on the federal holiday honoring this African American civil rights leader or to use a vacation day to take the day off.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

98.   There is a blatant recent example of AT&T's unequal treatment/racial discrimination: AT&T has given Peter Chernin, a prominent white businessman, $500 million to produce lifestyle-related video programming on many of the same subjects and genres already produced and owned by Entertainment Studios, and which are available on Entertainment Studios' channels.  Thus, to avoid doing business with Entertainment Studios, AT&T has invested a half billion dollars for a white businessman to develop the same programming from scratch that Entertainment Studios has already been producing and making available on its channels for over six years, and all of which has been readily available for licensing on all AT&T platforms.

99.   This is the epitome of discrimination: Although admitting that Entertainment Studios' suite of channels is good enough for AT&T's television platform, AT&T pays a white-owned, start-up (*i.e.*, Peter Chernin) a half billion dollars to create very similar programming and channels.

100.   By its actions, AT&T has made clear that it does not want to, and will not, contract for channel carriage with, and will not pay license fees to, Entertainment Studios—a 100% African American–owned programming provider/multi-network owner—unless the government requires it to do so.

101.   AT&T excludes Entertainment Studios in other ways as well.  While it invites white executives from white-owned media companies to its business functions, it excludes executives from Entertainment Studios.  AT&T treats entry into its television business like a "white old boys' club."

102.   Former AT&T head of programming, Dan York (currently head of programming at DirecTV), suggested AT&T had intentions to launch Entertainment Studios' six other channels on a new AT&T tier with zero subscribers back in 2009/2010.  However, Mr. York was fully aware at the time that Entertainment Studios could not agree to these terms due to a "most favored nation" provision with another pay television provider larger than AT&T that did not allow for more

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

23

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

1  favorable carriage terms.  If Entertainment Studios had agreed, the consequences

2  would have been economically horrific, including an immediate negative reposition

3  of millions of subscribers, substantial loss of license fees to the company, and

4  eventually shuttering the cable division of Entertainment Studios.

5      103.   AT&T/DirecTV have used phony excuses to justify their racial

6  discrimination in contracting.  They claim they do not have the bandwidth or

7  capacity to accommodate Entertainment Studios' channels.  But they have entered

8  into carriage agreements with other, similarly situated white-owned channels.

9      104.   In that regard, AT&T/DirecTV have "discovered" additional bandwidth

10 to launch networks for white-owned media, while they continue to blame lack of

11 bandwidth for refusing to contract with Entertainment Studios for carriage of its

12 channels.  Indeed, DirecTV has admitted that it could find capacity for

13 Entertainment Studios' Justice Central, but only if Entertainment Studios pays

14 DirecTV $20 million per year for carriage.  AT&T/DirecTV's bandwidth claims are

15 a pretext—a phony excuse—and evidence racial discrimination in contracting, in

16 violation of § 1981.  It is well past the time for AT&T and DirecTV to stop the

17 financial discrimination and economic genocide against 100% African American–

18 owned media.

19 **D.**     **"Tokenism" And Sham "Diversity Agreements"**

20      105.   The exclusion of 100% African American–owned channels from

21 distribution on major television platforms is well-recognized.  Yet, white-owned

22 media and governmental regulators have done nothing to address the inequities

23 faced by 100% African American–owned media.

24      106.   Instead, in collusion with the FCC and non-media civil rights advocacy

25 groups, the major white-owned channel distributors have concocted ways to

26 perpetuate the exclusion of truly 100% African American–owned channels.

27

28

107.   In particular, white-owned media companies have made monetary "contributions" to various minority special interest groups in order to "buy" support. This is window dressing and a deceptive, discriminatory business practice.

108.   They have hired former government officials—including an FCC commissioner—onto their staffs; and they have entered into so-called "memoranda of understanding" with non-media civil rights advocacy groups, such as the NAACP, the National Urban League and Al Sharpton, who neither own nor operate any channels.

109.   These memoranda of understanding are hypocritical shams.  In fact, the "African American–owned networks" that were ultimately launched were backed and controlled by white businesses, using token African American celebrities as the face of the networks.  And the networks were set up for failure, with short-term carriage agreements and minimal or no license fees.

110.   The memoranda of understanding were given the appearance of legitimacy because they were signed off by various non-media minority-interest groups and because the FCC sanctioned them.  But in effect, all they did was to enable the white-owned media companies to tout their "commitment" to racial diversity, without actually granting any 100% African American–owned media access to their nationwide television platforms.

111.   In this regard, AT&T and DirecTV have taken a page out of this deceptive playbook.  In connection with securing approval of the DirecTV transaction, instead of fixing their self-admitted "Black problem" by negotiating in good faith—and contracting—with 100% African American–owned media, AT&T is engaging in the nefarious, sham practices referenced herein.

112.   Specifically, AT&T and DirecTV are paying off non-media, so-called African American civil rights groups—such as the National Urban League and Reverend Jesse Jackson, among others—in order to "buy" their endorsement for AT&T's acquisition of DirecTV.  In fact, the AT&T Executive stated that AT&T's

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

25

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

1  lobbyists had "checked in" with their "Black groups" and that AT&T was "in good

2  shape."  In other words, the so-called Black leaders had received their "donations"

3  and their approval had been successfully bought.

4     113.   AT&T and DirecTV pay these non-media civil rights groups to

5  publicly laud the companies as "good corporate citizens."  This is hypocrisy:  In

6  October 2014, the federal government sued AT&T for engaging in unfair and

7  deceptive business practices for cheating their customers.  AT&T is hardly the good

8  corporate citizen these non-media civil rights groups were paid off to proclaim and

9  endorse.

10    114.   In exchange for "donations," these non-media civil rights groups and

11  individuals have helped to whitewash and cover-up AT&T's illegal behavior and

12  business practices.  In fact, the National Urban League recently held a lunch in

13  Washington D.C. endorsing AT&T and giving it an award.  AT&T's payments are

14  designed to silence the African American community and divert attention away

15  from Defendants' refusal to contract with 100% African American–owned media

16  businesses (*i.e.*, their "Black problem").

17  **CAUSE OF ACTION: VIOLATION OF CIVIL RIGHTS (42 U.S.C. § 1981)**

18     A.   **Section 1981 Claim**

19    115.   Plaintiffs refer to and incorporate by reference each foregoing and

20  subsequent paragraph of this Complaint as though fully set forth herein.

21    116.   Section 1981 of the Civil Rights Act, known as the Civil Rights Act of

22  1866, provides for the equality of citizens of the U.S.  It prohibits racial

23  discrimination in, among other things, contracting.  This includes, according to the

24  statute, "the making, performance, modification, and termination of contracts, and

25  the enjoyment of all benefits, privileges, terms, and conditions of the contractual

26  relationship."

27    117.   African Americans are a protected class under § 1981.  Entertainment

28  Studios is a 100% African American-owned media business.  To the best of

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

1    Plaintiff's knowledge, Entertainment Studios is the only 100% African American–

2    owned multi-channel provider in the United States.

3         118.   As alleged herein, Entertainment Studios has diligently, over many

4    years, attempted to contract with AT&T and DirecTV to carry its channels, but they

5    have refused.  Throughout this time, Defendants have continued to contract with—

6    and make themselves available to contract with—similarly situated white-owned

7    television channel providers.

8         119.   AT&T has also discriminated against Entertainment Studios in

9    connection with the terms and conditions of its carriage contracts.  While AT&T

10   pays billions of dollars in channel carriage fees to white-owned channels, AT&T

11   does not spend any money to license Entertainment Studios' channels.  To the

12   contrary, AT&T requires Entertainment Studios to pay $400,000 per year for AT&T

13   to promote Justice Central on its television platform.  In this regard, too, AT&T

14   treats similarly situated white-owned television channel providers more favorably

15   than it treats 100% African American–owned media companies.

16        120.   For example, AT&T recently picked up RFD-TV, a white-owned

17   television channel focused on rural issues, such as farming and agriculture.  There is

18   less demand for this genre of channel (i.e., RFD-TV) from AT&T's subscribers—

19   many of whom are based in urban areas—than there is for Entertainment Studios'

20   channel genres.  Yet AT&T agrees to contract for carriage with—and offers

21   favorable contracting terms to—RFD-TV, while shutting out Entertainment Studios.

22        121.   AT&T and DirecTV have also contracted to carry other white-owned

23   channels while refusing to contract with Entertainment Studios for carriage of its

24   suite of channels; this evidences a discriminatory practice in violation of Section

25   1981.

26        122.   Entertainment Studios has been deprived of the right to contract, to

27   attempt to contract, or to contract on non-discriminatory terms and conditions with

28   Defendants while entities outside the protected class have been afforded these rights.

1   There are many similarly situated white-owned channels that received more

2   favorable treatment from Defendants than Entertainment Studios.

3       123.   AT&T and DirecTV have dealt with Entertainment Studios in a

4   markedly hostile manner and in a manner which a reasonable person would believe

5   is racially motivated and is discriminatory.  AT&T has refused to contract with

6   Entertainment Studios for its suite of networks; in fact, it has refused to meet with

7   Entertainment Studios' African American owner and top executive, and has even

8   refused to return his telephone calls.  DirecTV has demanded exorbitant payments

9   from Entertainment Studios in exchange for carriage of a single channel on its

10  television platform.

11      **B.**   **Damages**

12      124.   But for AT&T's and DirecTV's refusal to contract with Entertainment

13  Studios, Entertainment Studios would receive approximately $328 million in annual

14  license fees for its seven channels—calculated using a conservative license fee of

15  fifteen cents per subscriber per month for each channel for AT&T's and DirecTV's

16  combined 26 million subscribers.  If Defendants contracted in good faith,

17  Entertainment Studios would also receive an estimated $100 million per year, per

18  channel, in national advertising sales revenue, or a total of $700 million per year.

19      125.   Combining subscriber fees and advertising revenue, Entertainment

20  Studios would generate approximately $1.0 billion in annual revenue from its

21  relationship with Defendants.  Moreover, with distribution on the largest television

22  platform in the nation, the demand for Entertainment Studios' channels would

23  increase, leading to additional opportunities and revenue for Entertainment Studios

24  to license its channels to other similar television distributors.

25      126.   Based on the revenue Entertainment Studios would generate if

26  Defendants contracted with them in good faith, Entertainment Studios would be

27  valued at approximately $10 billion dollars.

28

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

FIRST AMENDED COMPLAINT

1     127.   Similarly situated lifestyle and entertainment media companies are

2  valued at higher amounts.  But for AT&T's and DirecTV's refusal to contract with

3  Entertainment Studios, Entertainment Studios would have a similar valuation.

4     128.   Accordingly, AT&T's and DirecTV's unlawful discrimination has

5  caused Plaintiff in excess of $10 billion in damages, according to proof at trial; plus

6  punitive damages for intentional, oppressive and malicious racial discrimination.

7                           **<u>PRAYER FOR RELIEF</u>**

8     **WHEREFORE**, Plaintiffs pray for judgment, as follows:

9     1.   Plaintiff Entertainment Studios prays for compensatory, general and

10          special damages in excess of $10 billion according to proof at trial;

11    2.   Plaintiffs NAAAOM and Entertainment Studios pray for injunctive

12          relief prohibiting Defendants from discriminating against 100% African

13          American-owned media companies, including Entertainment Studios,

14          based on race in connection with contracting for carriage and

15          advertising;

16    3.   Plaintiff Entertainment Studios prays for punitive damages, based on

17          oppression and malice, according to AT&T and DirecTV's net worth;

18    4.   Plaintiff Entertainment Studios prays for attorneys' fees, costs and

19          interest; and

20    5.   Plaintiffs NAAAOM and Entertainment Studios pray for such other

21          and further relief as the court deems just and proper.

22

23  DATED:  February 20, 2014          MILLER BARONDESS, LLP

24

25                                 By:  ___/s/ *Louis R. Miller*___

26                                      LOUIS R. MILLER
                                        Attorneys for Plaintiffs
27

28

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands trial by jury pursuant to the Seventh Amendment of the U.S. Constitution.

DATED:  February 20, 2014            MILLER BARONDESS, LLP


                                     By:    /s/ *Louis R. Miller*
                                            _____
                                            LOUIS R. MILLER
                                            Attorneys for Plaintiffs

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

FIRST AMENDED COMPLAINT

# EXHIBIT A

# Entertainment Studios Networks











## Explore Your Passions



# Executive Summary

**Your 360 Cross-Platform Revenue Generating Partner**

- Unencumbered 360-degree distribution and licensing strategy for our distributor partners, including linear, video-on-demand, and TV Everywhere to reach your customers on all screens within your footprint.

- Seven networks in 100% native HD featuring original content 24/7 around networks that are clearly defined, and relevant to your subscribers' passions.

- Foster competition and reduce content costs.

- Leverage ESN's library of over 5,000 hours of original programming.

- Capitalize on businesses that spend over $39-billion on media promoting categories our networks represent.











Ex. A
32

# The Leader In Television Production

**Founded in 1993 by Byron Allen, Entertainment Studios is the largest independent producer/distributor of television programming, with seven 24/7 HD networks and a library of over 5,000 hours of original content.**










3



# Value-Priced Passion Networks Offered By Over 50 Distributors





















Ex. A
34

# Value-Priced Passion Networks Offered By Over 50 Distributors
















Ex. A
35



Award Winning Court Television

Emmy Award Winner
3 Consecutive Years

Emmy Nominated

Emmy Nominated







Ex. A
36

## Justice Central - The Home of Emmy Nominated Court Programming

**Justice Central – A new, around-the-clock HD legal and news cable network targeting court programming and justice fans, featuring the biggest names in law.**

- Launched December 10, 2012, Justice Central presents trials and live coverage and analysis of the nation's biggest trials.

- The only cable network destination to feature the second most popular genres in daytime television.

- Target audience:
  - Primary:  Adults 25-54.
  - Secondary:  Adults 35+.

- Our mission is to provide compelling HD legal and news programming, featuring the biggest names and cases in law, targeting ~30M avid Court viewers.

Ex. A
37



# The Unstoppable Judges From Entertainment Studios



**America's Court with Judge Ross**
**Premiered 2010-11**
**America's Court with Judge Ross** is the next generation in Court shows. Judge Ross shows litigants how they can responsibly deal with their disputes and understand the consequences of their actions.



**Supreme Justice with Judge Karen**
**Premiered 2013-14**
Judge Karen practiced criminal defense law in Miami for 13 years in the Office of the Public Defender, as well as in private practice. Judge Karen Mills-Francis is known for her feisty, full-of-life personality and passionate advocacy for families and children.



**We The People with Gloria Allred**
**Premiered 2011-12**
The biggest name in law has assumed the gavel in **We The People with Gloria Allred**. Gloria Allred has been the real life advocate and leader in conflict resolution, and now she is the star of an explosive Court show.



**Justice With Judge Mablean**
**Premiered 2014-15**
A former prosecuting attorney and long-time fan favorite, Judge Mablean Ephriam can bring a courtroom to laughter with her tell-it-like-it-is approach. She is well-known for playing the judge in Tyler Perry's Madea comedies and a seven year stint on Divorce Court.



**Justice For All with Judge Cristina Perez**
**Premiered 2012-13**
Three-time Emmy Award winner Cristina Perez is back on the bench in **Justice For All with Judge Cristina Perez**. Cristina is the ultimate crossover host, who appeals to young and old audiences everywhere.

Ex. A
38





Ex. A
39

# Buckle Up For The Passion Of Cars.TV

**Cars.TV features adrenaline pumping programming about the best cars the automotive industry has to offer:**

- A showcase of the top collectors.
- Top of the line car shows.
- The most luxurious private collections.
- Popular car auctions, custom garages, races and much, much more.

  

**Private Collections**

Jay Leno
Jerry Seinfeld
John Cena

**Auctions**

Barrett Jackson
Manheim Bonhams

**Car Shows**

Concours d' Elegance
Detroit
Paris



Ex. A
40

# Car Enthusiasts Are Well Established

## Cars.TV's core demographics consist of:



- Adults 35-64.
- College degree / post graduates.
- Have significant buying power; household income averages $93,000/year.
- More likely to own their homes.
- Core audience presents growth opportunities.

Scarborough Prime Lingo.  Respondents: 300.
Target:  watched Speed Channel past week or attended auto show past year.

Ex. A
41



# Accelerate Your Local Automotive Advertising Revenue With Cars.TV

- Cars.TV's content aligns with companies that spend over $15-billion per year on advertising.

- Automotive is the **#1 category by spend – 11%** of the total ad market.



- Car dealerships account for **more than $3.5-billion** in local television advertising, making it the top category for local ad sales.

- The average family spends over 13% of their total expenditures on automotive/transportation; $11,450 annually.

Sources:  WPP's TNS Media Intelligence (www.tns-mi.com).  Spending based on TNS's 18 measured media.
Numbers rounded. Categories are aggregated from TNS classifications by Ad Age Data Center.  U.S.
Department of Labor statistics – consumer spending





# Network Audiences Like To Laugh

## Comedy.TV's core audience:



**Will Ferrell**

- Adults 18-49.

- Comedy programming yields an ethnically balanced audience.

- Reaches high income households $100,000/year+.

- Presents an opportunity to upsell subscribers.

- Target and convert competitors' subscribers.

- Audience shows heavy intent to purchase electronics and home entertainment products and services.

Source: Scarborough Prime Lingo.

14

**Comedy.tv**

# Unprecedented Access To Talent

Comedy.TV has already shot a 500+ comedians in HD, and has identified over 2,000 comedians to feature in future productions.





Ex. A
45

# Original Stand Up, Talk Shows, And Dating Shows







**Comedy.TV**
Featuring the world's funniest stand ups

**Comics Unleashed**
The talk show where the biggest names in comedy hosted by Byron Allen

**Who Wants To Date A Comedian?**
The hottest new dating show



# Original Sitcom – Mr. Box Office

The biggest movie star in the world is sentenced to teach for a year at South Central High School.



**Bill Bellamy**
Marcus Jackson



**Jon Lovitz**
Bobby Gold



**Vivica A. Fox**
Casandra Washington



**Tim Meadows**
Principal Martin



**Gary Busey**
John Anderson



**Rick Fox**
Andrew Thompson

17



Ex. A
47

# Original Sitcom – The First Family

*The First Family* is a sitcom set in the most famous home in the world, the White House.



**Christopher B. Duncan**
**President William Johnson**



**Kellita Smith**
**First Lady Katherine Johnson**



**Jack'ee Harry**
**Pauletta**



**Marla Gibbs**
**Grandma Eddy**



**John Witherspoon**
**Grandpa Alvin**



**Gladys Knight**
**Grandma Carolyn**



Ex. A
48



Ex. A
49

## There Is An Insatiable Appetite For Movie Stars And Entertainment News

- **ES.TV gives your subscribers unlimited access to the red carpet, breaking entertainment news, and behind-the-scenes of today's blockbusters with A-list stars.**



Tom Cruise



Julia Roberts



Denzel Washington



Cameron Diaz



Gabrielle Union



Johnny Depp



Salma Hayek



John Travolta

Ex. A
50



## Celebrity And Entertainment Programming Offers Unique Opportunities

- ES.TV's core audience has broad appeal:
  - Core demo: 18-44.
  - Over indexes with multicultural audiences.
  - High income: $50K - $250K.
  - More likely to subscribe to cable & advanced services.

| Race | Vertical | Index |
|------|----------|-------|
| Black / African American | 14.3% | 129 |
| Asian | 3.6% | 112 |
| Other – non-Hispanic | 3.8% | 114 |

Scarborough Prime Lingo. Respondents: 19,226.
Target:  Cable networks/stations watched past 7 days:  E!





# Exclusive Original Entertainment Programming

**ES.TV**
- The daily celebrity magazine show featuring behind-the-scenes, up-close and personal interviews, and up to the minute entertainment news.

**The Gossip Queens**
- A nightly gossip show hosted by comedians Loni Love, Bernadette Pauley, Alec Mapa and Michelle Collins.

**Entertainers with Byron Allen**
- Conversations with the biggest names in Hollywood.






**Leonardo DiCaprio**       **Halle Berry**       **Matt Damon**       **Scarlett Johansson**





# Escape And Indulge With MyDestination.TV

- My Destination.TV is your invitation to vacation retreats for couples or the whole family.  Escape and indulge with amazing destinations all over the planet.

- Travel enthusiasts over index in the following categories:
  - Core demo: 25-54.
  - More likely to be married: 58.2%.
  - All high income categories $25K - $250K +.
  - Home ownership.
  - Advanced and bundled services.







Scarborough Prime Lingo. Respondents:  49,839.
Target:  watched Travel Channel last week or 5+ domestic air trips or 3+ foreign trips past 3 years

MyDestination.tv

# Amazing Estates And Breathtaking Resorts

## Beautiful Homes & Great Estates

*Beautiful Homes & Great Estates* features fabulous homes and amazing estates from around the world. The show profiles the owners, architects and decorators as they share with us their passion for living life at its very best.



## MyDestination.TV

*MyDestination.TV* is your invitation to the most exclusive vacation retreats around the world! We'll take you to luxury hotels and hideaways, and to the best in spa escapes.



Ex. A
55

**MyDestination.tv**



Celebrate A Member Of The Family

# The First And Only 24-Hour Domestic Pet Network

- Pets.TV speaks to a passion that millions consider family.
- Programming that features a wide variety of household pets.
- Expert insights into pet care, pet health, and pet lifestyles.

   



Ex. A
57



# More Than 54% Of U.S. Households Own A Pet

**Pet ownership over indexes with younger demos and families:**

- Core demo: 18-54.
- Income:  $50,000 - $150,000.
- 58% of pet owners are married.
- Over index on advanced levels of education.
- Dual incomes and own their homes.
- Pet owners over index with satellite subscribers – an opportunity to pick up subscribers.
- Most pet owners represent more than three people in the household.
- Tech driven.
- More likely to buy advanced services.
- Pet owners do not use a cable provider for long distance, presenting an opportunity to market bundles.

  

Scarborough Prime Lingo
Total 18+, respondents 202,808



Ex. A
58

# Pets.TV Original Series

***Just Ask The Pet Vet***

    *Just Ask The Pet Vet* is the interactive program that provides viewers with the absolutely best advice from the experts.

***Animal Control Patrol***

    *Animal Control Patrol* serves behind-the-scenes action with the government boards that save animals, and keep neighborhoods safe.

***The Pet Chef***

    *The Pet Chef* dishes up nutritious and delicious food for your pets.  Learn how to make your pet's life healthier and happier.

***For The Love of Animals***

    *For The Love of Animals* highlights the diversely different ways that humans and animals coexist and interact; some are infectiously funny, others humanely heartwarming and all are inherently informative.

Ex. A
59



# Pets.TV Original Series

**The Pet Biz**

- A look at the most successful and exotic pet shops in America. Find out from the pros the new toys, food, gadgets and healthcare options that are available for purchase at pet stores.



**All About Dogs**

- *All About Dogs* features our host and panel of experts interacting with everyday people who have a chance to show off their dogs and get advice from the experts on how to make their dog's life better.

**All About Cats**

- *All About Cats* features our host and panel of experts interacting with everyday people who have a chance to show off their cats and get advice from the experts on how to make their cat's life better.



**A Day In The Life**

- *A Day In The Life exposes viewers to a wide array of animals that people have at home. Experts deliver the do's and don'ts of pet care, and where to spend your dollars wisely on the "other" member of the family.*

Ex. A
60





**Spice Up Your Life**

Ex. A
61

# Your Private Lessons With The World's Greatest Chefs

- Recipe.TV is an interactive experience for viewers, taking you into the kitchens of the finest culinary artists.

- Renowned chefs select their signature recipes that both amaze and inspire.

- Entertainment Studios productions take you on location to the best resorts and restaurants all over the globe.

  



# Recipe.TV Has A Recipe For Everyone

- Adults 35-64 make up a majority of the food programming viewership.

- Household income:  $50,000 - $150,000+.

- Over-indexes with ethnic profiles.

- Core audience are home owners.

- Subscribe to cable and advanced video services.

- Over-index in TV consumption across most genres.

- Over-indexes with most cable internet service providers.



**Wolfgang Puck**

Ex. A
63



# Recipe.TV Has A Recipe For Everyone

- Recipe.TV's content is directly tied to businesses that spend more than $13-billion annually on advertising.
  - Food and Beverage businesses spend $7.8-billion annually.
  - Restaurants spend $5.6-billion per year.
  - Combined, these categories make up 9.4% of the total advertising market.



- The entire food industry is a $1.25-trillion business.
  - $1.5-billion in restaurant sales per day.
  - Over $550-billion in super market revenues.
  - A retail business (cookware, books, etc.) approaching $500-million per year in sales.

Sources: WPP's TNS Media Intelligence(www.tns-mi .com).  Spending based on TNS's 18 measured media.  Numbers rounded. Categories are aggregated from TNS classifications by Ad Age Data Center; Plunkett Research; restaurant.org; US Census Bureau

Ex. A
64



# Networks For The Biggest Ad Categories

Entertainment Studios' networks and programming are designed for lucrative advertising sales categories that represent **$39 billion** per year in television ad spend.

- Automotive
- Entertainment
- Food & Restaurants
- Legal Services
- Pet Goods & Services
- Travel



Ex. A
65

# Entertainment Studios' Networks Offer 100% Authentication Rights

- Deliver the ESN TV Everywhere experience.

- Utilize programming with no rights encumbrances to up-sell customers to new platform subscriptions.



Online



Mobile



On Demand



Social Networks

# Entertainment Studios Offers Video On Demand Content Across 30 Series



Ex. A
67



# Executive Summary

**Your 360 Cross-Platform Revenue Generating Partner**

- Unencumbered 360-degree distribution and licensing strategy for our distributor partners, including linear, video-on-demand, and TV Everywhere to reach your customers on all screens within your footprint.

- Seven networks in 100% native HD featuring original content 24/7 around networks that are clearly defined, and relevant to your subscribers' passions.

- Foster competition and reduce content costs.

- Leverage ESN's library of over 5,000 hours of original programming.

- Capitalize on businesses that spend over $39-billion on media promoting categories our networks represent.

      

Ex. A
68



# Technical Information

**Galaxy 13**
**MUX MPEG 4**
**L-band FREQ 990MHz**
**Downlink FREQ 4160 MHz Vertical**
**Uplink FREQ 6385 MHz Horizontal**
**Data rate/symbol 30 Msyps**
**VCT 964**
**FEC 5/6**
**Polarity: Vertical**
**TR: 23C**
**Channels**
**1 – Justice Central**
**2 – Comedy.TV**
**3 – Recipe.TV**
**4 – Cars.TV**
**5 – Pets.TV**
**6 – My Destination.TV**
**7 – ES.TV**

**ESN is DVP-S2/8PSK MPEG 4 MUX on a Motorola Modular System**

**Equipment Options**
**Motorola DSR – 4410MD**

**Contact Encompass Digital Media**
**678.421.68729**
**altoc@encompass.tv**

Ex. A
69



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

## CERTIFICATE OF SERVICE

## National Association Of African-American Owned Media, et al. v. AT&T, Inc. et al.

### USDC CASE NO. 2:14-CV-09246-PJW

I hereby certify that on this 20th day of February, 2015, I electronically filed the **FIRST AMENDED COMPLAINT FOR RACIAL DISCRIMINATION IN VIOLATION OF 42 U.S.C. § 1981; AND FOR DAMAGES AND INJUNCTIVE RELIEF** with the clerk of the court using the CM/ECF system which will send a notification of such filing (NEF) to those recipients, effectuating service in accordance with local rule 5.9.

/s/ Louis R. Miller
Louis R. Miller