# EXHIBIT A

Case 2:14-cv-09256-PJW   Document 53-1   Filed 06/05/15   Page 2 of 11   Page ID #:1175











> Monica is where we are looking. Girls in Montana. You gonna be good to go in Sept? Any concerns stepping up to officer EA? World is a lot different than corp dev (even for me - stay at crumby hotels). Vernita also will try and screw you on her way out. I am committed if you are. Don't talk to anyone about it.

Read 7/25/13

They say Corp Dev is AT&Ts brats!

I heard about V quitting last week - I'm like wow, oh well better for you!

I won't say anything



> Ok. Going to Dallas tonight. Last trip. Bring Sophie and Emma back Saturday.

Well yay on getting them here :) I can totally do it next week?? Let me know

iMessage
Thu, Sep 26, 1:09 PM

I heard Lori Lee give you a shout out!!

> I was thinking about you today.

I was thinking of you! Ha, I came into the office and was like I wonder how my Nugget is doing?

**Back (5)**  **Contact**

> I was thinking about you today.

I was thinking of you! Ha, I came into the office and was like I wonder how my Nugget is doing?

Sun, Sep 29, 11:03 AM

Sorry to bother you on the weekend please apologize to the girls for me. It's not working out for me living here, I am thinking I may be moving soon :(

> Want to talk in a bit?

I can't :( but maybe tomorrow?

Text Message — Send

> Want to talk in a bit?

I can't :( but maybe tomorrow?

> Ok. Dude and job?

Just dude

Job is good

> So, you want to go back to Dallas?

No just move I'm no quitter

> Gotcha. Ok. I got it. I am working today so you can call me. Otherwise, text me tomorrow and we will find a time.



> So funny. Who is this?

> BVIG

> Sorry buddy. That is almost as good as this - oldie but goodie



> Classic.

Back (3)  Contact

Okie see you

Tue, Jun 4, 9:14 AM

Congrats!!!!

I'll have my buddy close!!!

And my Sophie

Oh sorry it's Susie got my number changed

Tue, Jun 4, 6:13 PM

Want to come work for me?

Ugh duh!!!!

And leave mgmt? U sure? More mobility where you are. Think about it

**‹ Back (3)**   **Contact**

Tue, Jun 4, 6:13 PM

> Want to come work for me?

Ugh duh!!!!

> And leave mgmt? U sure? More mobility where you are. Think about it.

Ok

Wed, Jun 5, 11:31 AM

Let me know when you land

Wed, Jun 5, 12:44 PM

You have plans tomorrow night? Dodger game?

Text Message   Send

**Thu, Jul 25, 11:54 AM**

Hi Aaron, just saying hello! Hope all is well are your girls here yet?

We are good. No house yet. Maybe soon. Santa Monica is where we are looking. Girls in Montana. You gonna be good to go in Sept? Any concerns stepping up to officer EA? World is a lot different than corp dev (even for me - stay at crumby hotels). Vernita also will try and screw you on her way out. I am committed if you are. Don't talk to anyone about it.

Read 7/25/13

They say Corp Dev is