# EXHIBIT B




Entertainment Studios Networks

Explore Your Passions

# Executive Summary

**Your 360 Cross-Platform Revenue Generating Partner**

- Unencumbered 360-degree distribution and licensing strategy for our distributor partners, including linear, video-on-demand, and TV Everywhere to reach your customers on all screens within your footprint.

- Seven networks in 100% native HD featuring original content 24/7 around networks that are clearly defined, and relevant to your subscribers' passions.

- Foster competition and reduce content costs.

- Leverage ESN's library of over 5,000 hours of original programming.

- Capitalize on businesses that spend over $39-billion on media promoting categories our networks represent.

      



# The Leader In Television Production

**Founded in 1993 by Byron Allen, Entertainment Studios is the largest independent producer/distributor of television programming, with seven 24/7 HD networks and a library of over 5,000 hours of original content.**










3



## Value-Priced Passion Networks Offered By Over 50 Distributors



















## Value-Priced Passion Networks Offered By Over 50 Distributors


















## Justice Central - The Home of Emmy Nominated Court Programming

**Justice Central – A new, around-the-clock HD legal and news cable network targeting court programming and justice fans, featuring the biggest names in law.**

- Launched December 10, 2012, Justice Central presents trials and live coverage and analysis of the nation's biggest trials.

- The only cable network destination to feature the second most popular genres in daytime television.

- Target audience:
  - Primary:  Adults 25-54.
  - Secondary:  Adults 35+.

- Our mission is to provide compelling HD legal and news programming, featuring the biggest names and cases in law, targeting ~30M avid Court viewers.



# The Unstoppable Judges From Entertainment Studios



**America's Court with Judge Ross**
Premiered 2010-11
**America's Court with Judge Ross** is the next generation in Court shows.  Judge Ross shows litigants how they can responsibly deal with their disputes and understand the consequences of their actions.



**We The People with Gloria Allred**
Premiered 2011-12
The biggest name in law has assumed the gavel in **We The People with Gloria Allred**.  Gloria Allred has been the real life advocate and leader in conflict resolution, and now she is the star of an explosive Court show.



**Justice For All with Judge Cristina Perez**
Premiered 2012-13
Three-time Emmy Award winner Cristina Perez is back on the bench in **Justice For All with Judge Cristina Perez**. Cristina is the ultimate crossover host, who appeals to young and old audiences everywhere.



**Supreme Justice with Judge Karen**
Premiered 2013-14
Judge Karen practiced criminal defense law in Miami for 13 years in the Office of the Public Defender, as well as in private practice. Judge Karen Mills-Francis is known for her feisty, full-of-life personality and passionate advocacy for families and children.



**Justice With Judge Mablean**
Premiered 2014-15
A former prosecuting attorney and long-time fan favorite, Judge Mablean Ephriam can bring a courtroom to laughter with her tell-it-like-it-is approach. She is well-known for playing the judge in Tyler Perry's Madea comedies and a seven year stint on Divorce Court.

8





# Buckle Up For The Passion Of Cars.TV

**Cars.TV features adrenaline pumping programming about the best cars the automotive industry has to offer:**

- A showcase of the top collectors.
- Top of the line car shows.
- The most luxurious private collections.
- Popular car auctions, custom garages, races and much, much more.



**Private Collections**

Jay Leno
Jerry Seinfeld
John Cena



**Auctions**

Barrett Jackson
Manheim Bonhams



**Car Shows**

Concours d' Elegance
Detroit
Paris



# Car Enthusiasts Are Well Established

## Cars.TV's core demographics consist of:



- Adults 35-64.
- College degree / post graduates.
- Have significant buying power; household income averages $93,000/year.
- More likely to own their homes.
- Core audience presents growth opportunities.

Scarborough Prime Lingo.  Respondents: 300.
Target:  watched Speed Channel past week or attended auto show past year.

11



## Accelerate Your Local Automotive Advertising Revenue With Cars.TV

- Cars.TV's content aligns with companies that spend over $15-billion per year on advertising.

- Automotive is the **#1 category by spend – 11% of** the total ad market.



- Car dealerships account for more than $3.5-billion in local television advertising, making it the top category for local ad sales.

- The average family spends over 13% of their total expenditures on automotive/transportation; $11,450 annually.

Sources:  WPP's TNS Media Intelligence (www.tns-mi.com).  Spending based on TNS's 18 measured media.
Numbers rounded. Categories are aggregated from TNS classifications by Ad Age Data Center.  U.S.
Department of Labor statistics – consumer spending





# Network Audiences Like To Laugh

## Comedy.TV's core audience:



**Will Ferrell**

- Adults 18-49.

- Comedy programming yields an ethnically balanced audience.

- Reaches high income households $100,000/year+.

- Presents an opportunity to upsell subscribers.

- Target and convert competitors' subscribers.

- Audience shows heavy intent to purchase electronics and home entertainment products and services.



# Unprecedented Access To Talent

Comedy.TV has already shot a 500+ comedians in HD, and has identified over 2,000 comedians to feature in future productions.





## Original Stand Up, Talk Shows, And Dating Shows







**Comedy.TV**
Featuring the world's funniest stand ups

**Comics Unleashed**
The talk show where the biggest names in comedy hosted by Byron Allen

**Who Wants To Date A Comedian?**
The hottest new dating show

16



# Original Sitcom – Mr. Box Office

The biggest movie star in the world is sentenced to teach for a year at South Central High School.



**Bill Bellamy**
**Marcus Jackson**



**Jon Lovitz**
**Bobby Gold**



**Vivica A. Fox**
**Casandra Washington**



**Tim Meadows**
**Principal Martin**



**Gary Busey**
**John Anderson**



**Rick Fox**
**Andrew Thompson**

17



# Original Sitcom – The First Family

*The First Family* is a sitcom set in the most famous home in the world, the White House.


**Christopher B. Duncan**
**President William Johnson**


**Kellita Smith**
**First Lady Katherine Johnson**


**Jack'ee Harry**
**Pauletta**


**Marla Gibbs**
**Grandma Eddy**


**John Witherspoon**
**Grandpa Alvin**


**Gladys Knight**
**Grandma Carolyn**

Comedy.tv



## There Is An Insatiable Appetite For Movie Stars And Entertainment News

- **ES.TV gives your subscribers unlimited access to the red carpet, breaking entertainment news, and behind-the-scenes of today's blockbusters with A-list stars.**



Tom Cruise          Julia Roberts          Denzel Washington          Cameron Diaz

Gabrielle Union          Johnny Depp          Salma Hayek          John Travolta



# Celebrity And Entertainment Programming Offers Unique Opportunities

- ES.TV's core audience has broad appeal:
  - Core demo: 18-44.
  - Over indexes with multicultural audiences.
  - High income: $50K - $250K.
  - More likely to subscribe to cable & advanced services.

| Race | Vertical | Index |
|---|---|---|
| Black / African American | 14.3% | 129 |
| Asian | 3.6% | 112 |
| Other – non-Hispanic | 3.8% | 114 |

Scarborough Prime Lingo. Respondents: 19,226.
Target: Cable networks/stations watched past 7 days:  E!

# Exclusive Original Entertainment Programming

**ES.TV**
- The daily celebrity magazine show featuring behind-the-scenes, up-close and personal interviews, and up to the minute entertainment news.

**The Gossip Queens**
- A nightly gossip show hosted by comedians Loni Love, Bernadette Pauley, Alec Mapa and Michelle Collins.

**Entertainers with Byron Allen**
- Conversations with the biggest names in Hollywood.

      

**Leonardo DiCaprio**      **Halle Berry**      **Matt Damon**      **Scarlett Johansson**





# Escape And Indulge With MyDestination.TV

- My Destination.TV is your invitation to vacation retreats for couples or the whole family.  Escape and indulge with amazing destinations all over the planet.

- Travel enthusiasts over index in the following categories:
    - Core demo: 25-54.
    - More likely to be married: 58.2%.
    - All high income categories $25K - $250K +.
    - Home ownership.
    - Advanced and bundled services.







Scarborough Prime Lingo. Respondents:  49,839.
Target:  watched Travel Channel last week or 5+ domestic air trips or 3+ foreign trips past 3 years

**MyDestination.tv**

## Amazing Estates And Breathtaking Resorts

### Beautiful Homes & Great Estates

*Beautiful Homes & Great Estates* features fabulous homes and amazing estates from around the world. The show profiles the owners, architects and decorators as they share with us their passion for living life at its very best.



### MyDestination.TV

*MyDestination.TV* is your invitation to the most exclusive vacation retreats around the world! We'll take you to luxury hotels and hideaways, and to the best in spa escapes.



MyDestination.tv



## The First And Only 24-Hour Domestic Pet Network

- Pets.TV speaks to a passion that millions consider family.
- Programming that features a wide variety of household pets.
- Expert insights into pet care, pet health, and pet lifestyles.

   



# More Than 54% Of U.S. Households Own A Pet

**Pet ownership over indexes with younger demos and families:**

- Core demo: 18-54.
- Income:  $50,000 - $150,000.
- 58% of pet owners are married.
- Over index on advanced levels of education.
- Dual incomes and own their homes.
- Pet owners over index with satellite subscribers – an opportunity to pick up subscribers.
- Most pet owners represent more than three people in the household.
- Tech driven.
- More likely to buy advanced services.
- Pet owners do not use a cable provider for long distance, presenting an opportunity to market bundles.

  



# Pets.TV Original Series

**Just Ask The Pet Vet**

*Just Ask The Pet Vet* is the interactive program that provides viewers with the absolutely best advice from the experts.

**Animal Control Patrol**

*Animal Control Patrol* serves behind-the-scenes action with the government boards that save animals, and keep neighborhoods safe.

**The Pet Chef**

*The Pet Chef* dishes up nutritious and delicious food for your pets.  Learn how to make your pet's life healthier and happier.

**For The Love of Animals**

*For The Love of Animals* highlights the diversely different ways that humans and animals coexist and interact; some are infectiously funny, others humanely heartwarming and all are inherently informative.



# Pets.TV Original Series

*The Pet Biz*

- A look at the most successful and exotic pet shops in America.  Find out from the pros the new toys, food, gadgets and healthcare options that are available for purchase at pet stores.



*All About Dogs*

- *All About Dogs* features our host and panel of experts interacting with everyday people who have a chance to show off their dogs and get advice from the experts on how to make their dog's life better.

*All About Cats*

- *All About Cats* features our host and panel of experts interacting with everyday people who have a chance to show off their cats and get advice from the experts on how to make their cat's life better.



*A Day In The Life*

- *A Day In The Life exposes viewers to a wide array of animals that people have at home.  Experts deliver the do's and don'ts of pet care, and where to spend your dollars wisely on the "other" member of the family.*





## Your Private Lessons With The World's Greatest Chefs

- Recipe.TV is an interactive experience for viewers, taking you into the kitchens of the finest culinary artists.

- Renowned chefs select their signature recipes that both amaze and inspire.

- Entertainment Studios productions take you on location to the best resorts and restaurants all over the globe.

  

32

RECIPE.TV

## Recipe.TV Has A Recipe For Everyone

- Adults 35-64 make up a majority of the food programming viewership.

- Household income:  $50,000 - $150,000+.

- Over-indexes with ethnic profiles.

- Core audience are home owners.

- Subscribe to cable and advanced video services.

- Over-index in TV consumption across most genres.

- Over-indexes with most cable internet service providers.



**Wolfgang Puck**

33

RECIPE.TV

## Recipe.TV Has A Recipe For Everyone

- Recipe.TV's content is directly tied to businesses that spend more than $13-billion annually on advertising.
  - Food and Beverage businesses spend $7.8-billion annually.
  - Restaurants spend $5.6-billion per year.
  - Combined, these categories make up 9.4% of the total advertising market.



- The entire food industry is a $1.25-trillion business.
  - $1.5-billion in restaurant sales per day.
  - Over $550-billion in super market revenues.
  - A retail business (cookware, books, etc.) approaching $500-million per year in sales.

Sources: WPP's TNS Media Intelligence(www.tns-mi .com).  Spending based on TNS's 18 measured media.  Numbers rounded. Categories are aggregated from TNS classifications by Ad Age Data Center; Plunkett Research; restaurant.org; US Census Bureau



# Networks For The Biggest Ad Categories

Entertainment Studios' networks and programming are designed for lucrative advertising sales categories that represent **$39 billion** per year in television ad spend.

- Automotive

- Entertainment

- Food & Restaurants

- Legal Services

- Pet Goods & Services

- Travel



## Entertainment Studios' Networks Offer 100% Authentication Rights

- Deliver the ESN TV Everywhere experience.
- Utilize programming with no rights encumbrances to up-sell customers to new platform subscriptions.



Online



Mobile



On Demand

 

Social Networks



## Entertainment Studios Offers Video On Demand Content Across 30 Series



37



# Executive Summary

**Your 360 Cross-Platform Revenue Generating Partner**

- Unencumbered 360-degree distribution and licensing strategy for our distributor partners, including linear, video-on-demand, and TV Everywhere to reach your customers on all screens within your footprint.

- Seven networks in 100% native HD featuring original content 24/7 around networks that are clearly defined, and relevant to your subscribers' passions.

- Foster competition and reduce content costs.

- Leverage ESN's library of over 5,000 hours of original programming.

- Capitalize on businesses that spend over $39-billion on media promoting categories our networks represent.

      



# Technical Information

**Galaxy 13**
**MUX MPEG 4**
**L-band FREQ 990MHz**
**Downlink FREQ 4160 MHz Vertical**
**Uplink FREQ 6385 MHz Horizontal**
**Data rate/symbol 30 Msyps**
**VCT 964**
**FEC 5/6**
**Polarity: Vertical**
**TR: 23C**
**Channels**
**1 – Justice Central**
**2 – Comedy.TV**
**3 – Recipe.TV**
**4 – Cars.TV**
**5 – Pets.TV**
**6 – My Destination.TV**
**7 – ES.TV**

**ESN is DVP-S2/8PSK MPEG 4 MUX on a Motorola Modular System**

**Equipment Options**
**Motorola DSR – 4410MD**

**Contact Encompass Digital Media**
**678.421.68729**
**altoc@encompass.tv**

