UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 14-9256-PJW | Date | September 18, 2015 |
|---|---|---|---|
| Title | National Association of African-American Owned Media and Entertainment Studios Networks, Inc. v. AT&T Inc., et al., | | |

| Present: The Honorable | Patrick J. Walsh, U.S. Magistrate Judge | |
|---|---|---|
| Isabel Martinez | Court Smart 9/18/15 | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Amnon Z. Siegel | Marcellus A. McRae |
| Lauren R. Wright | Duane R. Lyons |
| Louis R. Miller | |

**Proceedings:** Defendants' Motions to Dismiss Second Amended Complaint (Doc. Nos. 55, 56, 57)

     The case is called, and appearances are made.  The parties received the Court's Tentative Order on September 17, 2015.  The Court hears oral argument.  The matter is taken under submission.  The Court will issue its ruling next week.

cc: All counsel of record

S:\PJW\Cases-Consent\National Assoc. African American etc\MO.MTD hrg.wpd

                                                          1 : 30

Initials of Preparer   im