MARCELLUS MCRAE, SBN 140308
mmcrae@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Defendants
AT&T Inc.; AT&T Services, Inc.; and AT&T Mobility LLC

LOUIS R. MILLER, SBN 54141
smiller@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Plaintiffs National Association of African-American Owned Media; and Entertainment Studios Networks, Inc.

DUANE R. LYONS, SBN 125091
duanelyons@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Defendant DIRECTV

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

National Association of African-American Owned Media, a California limited liability company; and Entertainment Studios Networks, Inc., a California corporation,

Plaintiffs,

v.

AT&T Inc., a Delaware corporation; AT&T Services, Inc., a Delaware corporation; AT&T Mobility LLC, a Delaware limited liability company; DirecTV, a California limited liability company; and DOES 1 through 10, inclusive,

Defendants.

CASE NO. 14-cv-09256-PJW

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED, by and between Plaintiffs National Association of African-American Owned Media and Entertainment Studios Networks, Inc. (collectively, "Plaintiffs"); and Defendants AT&T Inc.; AT&T Services, Inc.; AT&T Mobility LLC; and DIRECTV (collectively, "Defendants") that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and that each side shall bear its own costs, expenses, and attorneys' fees.  This Court and the Magistrate Judge are to retain jurisdiction over all matters arising out of this Stipulation.

WHEREFORE, Plaintiffs and Defendants respectfully request this Court dismiss this suit with prejudice.

Dated:  December 11, 2015          Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP


By: /s/ *Marcellus McRae*
         Marcellus McRae, SBN 140308

Attorneys for Defendants AT&T Inc.;
AT&T Services, Inc.; and AT&T Mobility LLC


QUINN EMANUEL URQUHART &
SULLIVAN, LLP


By: /s/ *Duane R. Lyons*
         Duane R. Lyons, SBN 140308

Attorneys for Defendant DIRECTV

MILLER BARONDESS, LLP


By: /s/ *Louis R. Miller*
         Louis R. Miller, SBN 54141

Attorneys for Plaintiffs National Association of African-American Owned Media; and Entertainment Studios Networks, Inc.

**Attorney Attestation**

In accordance with C.D. Cal. Local Rule 5-4.3.4(a)(2)(i), the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatories hereto.

DATED: December 11, 2015

GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Marcellus McRae*
Marcellus McRae, SBN 140308

Attorneys for Defendants AT&T Inc.; AT&T Services, Inc.; and AT&T Mobility LLC

Gibson, Dunn & Crutcher LLP

3

Joint Stipulation for Dismissal with Prejudice; Case No. 14-cv-09256-PJW